ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 11 2026
CLERK, U.S. DISTRICT COURT
By ________
Deputy

UNITED STATES OF AMERICA

v. Case No. 4:26-MJ-725

CARLOS SALAS BARRIOS

## CRIMINAL COMPLAINT

I, Michael Albert, ("Affiant"), a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn under oath, do hereby depose and state as follows:

### Alleged Offense:

On or about November 5, 2024, within the Fort Worth Division of the Northern District of Texas, the defendant, **Carlos Salas Barrios**, an alien, knowing that he was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, or Member of the House of Representatives, in violation of 18 U.S.C. § 611.[1][2]

[1] The elements of Voting by Aliens are as follows: (1) there was an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the United States Senate, or Member of the United States House of Representative; (2) the defendant voted in the election; and (3) the defendant is an alien. Section 611 is a general intent offense. The defendant must have known that he or she was not a citizen, and that the act he or she performed was an act of voting. It is not necessary to prove that the offender knew that voting by non-citizens was illegal. The general intent requirement of Section 611 has been held to conform to constitutional standards. *See United States v. Knight*, 490 F.3d 1268, 1270 (11th Cir. 2007) (affirming conviction of lawful permanent resident who voted in a federal election); *see also Kimani v. Holder*, 695 F.3d 666, 669 (7th Cir. 2012) ("a conviction under § 611(a) does not depend on proof that the alien knew that voting is forbidden").

[2] Dictionary definitions from the time Section 611 was first enacted in 1996 and later amended in 2000 make clear that casting a ballot in an election constitutes voting. *E.g.*, *Vote*, *Black's Law Dictionary* (7th ed. 1999) ("The expression of one's preference or opinion by ballot, show of hands, or other type of communication"); *Voting*, *Black's Law Dictionary* (7th ed. 1999) ("The casting of votes for the purpose of deciding an issue.").

## AGENT BACKGROUND

1. I am a Special Agent with the FBI and have been since August 2023. I am currently assigned to the Dallas Field Division, Fort Worth Resident Agency within the Violent Crimes Task Force. Since joining the FBI, I have investigated violations of federal law, including federal violations concerning voting by aliens. I have gained experience through training classes and work conducting these types of investigations. Further, as a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. As part of my duties as a Special Agent, I also investigate criminal violations, include Voting by Aliens in violation of 18 U.S.C. § 611. Section 611 provides in pertinent part that "[i]t shall be unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner."

3. The statements in this affidavit are based in part on information provided by other law enforcement officers and on my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of enabling a judicial determination of whether probable cause exists to issue an arrest warrant for CARLOS SALAS BARRIOS ("SALAS BARRIOS"). I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to establish the necessary

foundation for an arrest warrant for SALAS BARRIOS for a violation of 18 U.S.C. §§ 611 Voting by Aliens.

## SUMMARY OF THE OFFENSE AND SUBSEQUENT INVESTIGATION

4. In around May 2026, the Texas Attorney General's Office provided a list of non-citizens that the state's records showed had voted in the 2024 election. One of these persons was SALAS BARRIOS.

5. As a part of my investigation, I consulted law enforcement officials Homeland Security Investigations who confirmed that SALAS BARRIOS is not a citizen of the United States and has never applied to become one. He is a lawful permanent resident of the United States but was born in Mexico and is a citizen of that country.

6. I obtained records from Tarrant County Board of Elections that confirm that on November 5, 2024, SALAS BARRIOS cast a ballot at the Como Community Center in Fort Worth, Texas, which is in the Fort Worth Division of the Northern District of Texas. Because Barrios's name was not on the list of registered voters, he executed an Affidavit of Provisional Voter to vote. Under Texas Law, to cast a ballot as a provisional voter an individual must "execute[ ] an affidavit stating that the person: (1) is a registered voter in the precinct in which the person seeks to vote; and (2) is eligible to vote in the election." Tex. Elec. Code § 63.011(a).[3]

---

3 Texas's election code mirrors federal law setting forth the requirements for provisional voting. *See generally* 52 U.S.C. § 21082. Under Texas and Federal law, that the act of casting a ballot constitutes "voting," while the question whether a vote counts is a separate matter. For instance, Chapter 63 of the Texas Election Code, titled "Accepting Voter," specifies that the affidavit of a provisional voter must be printed on an "envelope in which the provisional ballot *voted* by the

7. SALAS BARRIOS's signed Affidavit affirmed the following statement in English and Spanish that "I am registered voter of this political subdivision in which I'm attempting to vote and have not already voted in this election . . . . I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the second degree to vote in an election for which I know I am not eligible unless I am convicted of an attempt, in which event it is a state jail felony":

***TO BE COMPLETED BY VOTER:*** *(PARA QUE EL VOTANTE LO LLENE:)* *Cử tri điền vào ô trống*

I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible unless I am convicted of an attempt, in which event it is a state jail felony

Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente or parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor, y entiendo que es un delito grave de 2° grado votar en una elección para la que sé que no soy elegible, a menos que me condenen por un intento, en cuyo caso es un delito grave de cárcel estatal.

8. SALAS BARRIOS's affidavit included his Texas Driver's License Number, the last four of his social security number, and the below signature:

***Signature of Voter:*** *(Firma del votante) (Chữ Ký của Cử Tri)*

x Carlos Salas B.

---

person may be placed," and must include "space for the identification number of the provisional ballot *voted* by the person." *Id.* (emphases added). The Texas Election Code further provides in Chapter 65, titled "Counting Votes," the procedures for counting "each ballot," with provisional ballots that are rejected ultimately not counting towards the final tally.

9. I obtained records from the state of Texas reflecting SALAS BARRIOS's signature on his Driver's License Applications and confirmed they are the same as the signature on his Affidavit. I also confirmed that the driver's license number and last four of the social security number listed on the Affidavit are, in fact, SALAS BARRIOS'S. Samples of the signatures are below:




10. At the time SALAS BARRIOS voted, Texas law required that he present photo I.D. confirming his identity. Tex. Elec. Code § 63.001(b)(1). Records obtained from the Tarrant County Board of Elections confirmed that he did, in fact, present a photo I.D. at the time he voted.

## CONCLUSION

11. Based on Your Affiant's training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Carlos Salas Barrios committed the offense of Voting by an Alien, in violation of 18 U.S.C. § 611.

In consideration of the foregoing, I respectfully request that this court issue a Complaint and Arrest Warrant for CARLOS SALAS BARRIOS.

Michael Albert, Special Agent
Federal Bureau of Investigation

Sworn to me, over the telephone or other electronic means, and signed by me pursuant to Fed.R.Crim.P. 4.1 on this 11 day of September, 2026 at________p.m. in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge