IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS SALAS BARRIOS (01) | No. 4:26-MJ- 725 |

WARRANT FOR ARREST

**TO:** **The United States Marshal and**
**Any Authorized Officer of the United States**

YOU ARE HEREBY COMMANDED to arrest **CARLOS SALAS BARRIOS**, and bring him forth with to the nearest available magistrate to answer an Information charging him with **Voting by an Alien in a Federal Election**, in violation of 18 U.S.C. § 611.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 11th day of September, 2026.

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at________________________________________.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | | |